IN THE UNITED STATES DISTRICT COURT
FOR THE __Middle__ DISTRICT OF TENNESSEE
_____ DIVISION

__Jessie Lee McLendon__ Name )
Prison Id. No. __428486__ )
_____ Name )
Prison Id. No. _____ )
Plaintiff(s) )
)
v. )
)
__Montgomery County Jail__ Name )
__Montgomery County Sheriff__ Name )
Defendant(s) )

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☐ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

  A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

  ☐ Yes   ☑ No

  B. If you checked the box marked "Yes" above, provide the following information:

  1. Parties to the previous lawsuit:

  Plaintiffs __N/A__
  Defendants __N/A__

2. In what court did you file the previous lawsuit? N/A

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? N/A

4. What was the Judge's name to whom the case was assigned? N/A

5. When did you file the previous lawsuit? N/A (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? N/A

7. When was the previous lawsuit decided by the court? N/A (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes   ☑ No

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

   A. What is the name and address of the prison or jail in which you are currently incarcerated? Montgomery County Jail 116 Commerce St Clarksville Tn 37040

   B. Are the facts of your lawsuit related to your present confinement?

   ☑ Yes   ☐ No

   C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

   N/A

   D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

   ☐ Yes   ☑ No

   If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes ☑ No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? N/A

2. What was the response of prison authorities? N/A

G. If you checked the box marked "No" in question II.E above, explain why not. N/A

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes ☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? filed a grivance forms and request forms

2. What was the response of the authorities who run the detention facility? That they will be clean once a month which was not happened

L. If you checked the box marked "No" in question II.I above, explain why not. N/A

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Jessic McLendon L.

Prison Id. No. of the first plaintiff: 428486

Address of the first plaintiff: 3284 Flint Ridge rd palmyra Tn 37142

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

   Prison Id. No. of the second plaintiff: _____

   Address of the second plaintiff: _____

   (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

   If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

   1. Name of the first defendant: Montgomery County Jail

      Place of employment of the first defendant: _____

      The first defendant's address: 116 commerce St Clarksville Tn 37040

      Named in official capacity?     ☑ Yes     ☐ No
      Named in individual capacity"   ☐ Yes     ☑ No

2. Name of the second defendant: Montgomery County Sheriff office

   Place of employment of the second defendant: _____

   The second defendant's address: 120 commerce St Clarksville Tn 37040

   Named in official capacity?     ☑ Yes     ☐ No
   Named in individual capacity"   ☐ Yes     ☑ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

legs on Bunks were cut off in F-pod and Bolted to floor

Bunks are not proper height to be cleaned under each day

Biohazard in F-pod - Fpod is a medical pod that houses Detox inmates that vomit urinate and Fecal matter that get under Bunks and can't be clean immediately

No protection from floor Debris getting in hair, in Mouth or on your mat

If try to clean under Bunk water stays, Molds the Blanket lint and stinks causing allergic reactions

Bunks are so low cause leg and Back problems as a matter of getting up and down

More chances of insects getting into Bunks while sleeping

Cruel and unusal punishment cause he have medical problems

Dates I was in Medical pod
September 17th 2012 - October 16th 2012
and for 30 days in 2010-2011 But Jail will not provide information

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Jessie Lee McLendon 1000.00 a Day plus puntive Damages
B. Jessie Lee McLendon put Bunks back to right height
C. ___
D. ___
E. ___
F. I request a jury trial.   ☐ Yes   ☐ No

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: /M/ Date: 10-19-12

Prison Id. No. 428486

Address: 116 commerce St Clarksville Tn 37040

(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*, if not paying the civil filing fee.

SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

Jessie McClendon 11318
116 commerce st
Clarksville Tn 37040

US District Court
800 Nashville Tn 37203

**LEGAL MAIL**

Jessie McClendon 11318
116 commerce st
Clarksville Tn 37040