UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Jessie Lee McLendon ) | |
| ) | Case No.: 3:12cv1118 |
| v. ) | Judge Campbell |
| ) | |
| Montgomery County Jail, et al. ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on October 31, 2012.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk